IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES REED AND JO ANN REED                      PLAINTIFF

v.                          CIVIL ACTION NO. 3:07cv00160-TSL-JCS

CAMBRIDGE INTEGRATED SERVICES
GROUP, INC.                            DEFENDANT

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on joint motion *ore tenus* of Plaintiffs James Reed and Jo Ann Reed and Defendant Cambridge Integrated Services Group, Inc. to dismiss this action with prejudice. The Court, having been advised that the parties have fully and finally resolved this matter so that no issues remain for decision by the Court, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Complaint and this action be, and they are hereby, dismissed with prejudice, with the parties to bear their own costs and expenses, including attorneys' fees.

**SO ORDERED**, this the __2__ day of __April__, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/ Mark A. Dreher
Mark A. Dreher (Miss. Bar No. 100797)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567
(601) 985.4573 (o)
601. 985.4500 (f)

ATTORNEY FOR DEFENDANT